UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
July 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:06-mj-182 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Christian Moreno, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Christian Moreno_  Case No. _2:06-cr-182 GGH_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✓   Bail Posted in the Sum of _____

        _X_   $25,000 Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond secured by Real Property

        __    Corporate Surety Bail Bond

        _X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _7/6/06_ at _7/6/06 @ 2:40 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge